# COMPOSITE EXHIBIT B



# BOCA RATON REGIONAL HOSPITAL

## Employment Acceptance Form

By signing below, I accept the following Job Offer:

- Start Date: 05/07/2018
- Title: Pharmacist
- Status: Full time
- Hours per week: 40
- Shift: Evening Shift
- Department Name: Pharmacy
- Department Number: 2170
- Salary: 50.75
- Address: 3249 Coral Ridge Drive   Coral Springs   FL   33065
- Phone Number: ███
- E-mail: ███

My typed signature shall have the same force and effect as my written signature.

Racquel Roache                                04/16/2018
Signature                                     Date



# BOCA RATON REGIONAL HOSPITAL

**Position Applied For**

Position: Pharmacist
Facility: Boca Raton Regional Hospital
Department: Pharmacy
Schedule: Part-time
Req Num: 16049

## Application for Employment
### EQUAL OPPORTUNITY EMPLOYER

**Instructions to Applicant**

1. Please read carefully.
2. All questions in this application must be answered completely.
3. Failure to complete this application may result in disqualification of the application.

\* **Required Information**

February 14, 2018

PERSONAL INFORMATION

Are you a current employee of Boca Raton Regional Hospital?* No

First Name:* Racquel

MI:* A.

(_)

Last Name:* Roache

Suffix:

Last four digits of Social Security Number:* ▓

Are you over the age of 18?* Yes

Address 1:* 3249 Coral Ridge Drive

Address 2:

City:* Coral Springs

State: FL

Zip:* 33065

County:* Broward

Country: US-United States

Primary Number:* ▓

Alternate Number: ▓

Email Address:* ▓

Best time to contact: No Preference

Emergency Contact Information:

Name:* Stafford Roache

*Handwritten notes (right margin):*
- Hours 3pm-1130pm after training
- after grade 18
- $50.75
- SD 3/5/2
- Lm 4/9
- WCb 4/13
- ✓ BAT/24 ?
- ✓ Orient
- ✓ PES
- WCb verify emp?

https://www.healthcaresource.com/bocaraton/admin/index.cfm?fuseaction=applicant.viewC...   4/5/2018

Relationship: Father
Phone:* ███████

Desired Salary:* negotiable

Job Status/Shift:
Status*
(X) Full Time
(X) Part Time
(X) PC
(X) Flex Time
(X) Temporary

Shift*
(X) Day
(X) Evening
(X) Night
(X) Weekend
(X) Rotating-shifts

Date available for work: 02 28 2018

## EDUCATION

### High School/GED

Name of school:* Coral Glades High
City:* Coral Sprimgs
State:* FL
Province:
Country:* United States

Years completed?* 4
Degree Type:* HIGH SCHOOL
Did you graduate?* Yes

### Undergraduate

Name of school:* Nova Southeastern University
City:* Davie
State:* FL
Province:
Country:* United States

Major:* Biology
Degree Type:* BACHELORS
Did you graduate?* Yes
How many years did you attend?* 4

### Graduate

Name of school:* Nova Southeastern University
City:* Davie
State:* FL
Province:
Country:* United States

Major:* Pharmacy
Degree Type:* DOCTORATE
Did you graduate?* Yes
How many years did you attend?* 4

List additional skills, qualifications, specialized training, apprenticeship, and/or certifications that may be helpful in considering your application:

Please list all professional organizations with which you are affiliated:

## LICENSE/CERTIFICATION/REGISTRATION

**Professional Licensure (i.e. nursing license, etc.)**

Do you have any professional licensures?* Yes

| License/Certification/Registration | State | License Number | License Issued | License Expires |
|---|---|---|---|---|
| * Pharmacist License | FL | PS54171 | 09 2015 | 09 2019 |

https://www.healthcaresource.com/bocaraton/admin/index.cfm?fuseaction=applicant.viewC...   4/5/2018

Have you ever had any action taken against your professional license?* No

## WORK HISTORY

List ALL previous employment for the past 10 years, starting with your most recent/last position, including military experience & work background. Resume is required to describe your duties and scope of responsibility in each job. Make sure you include volunteer work or other job related training which provides information on skills/abilities you have developed. Account for any time during this period that you were unemployed by stating the nature of your activities. Please indicate if you were employed under a different name.

Are you currently employed?* Yes

### 1. Present/Current employer:

Name of Company: Broward General & Imperial Point
Street: 6401 N Federal Hwy
City: Fort Lauderdale
State: FL
Zip: 33308
Employer's Phone: 123 - 456 - 7890

Job Title: Staff Pharmacust
Employed From: 01 2017
Employed To:
OR (X) Currently Employed
Starting Salary: 50
Ending Salary: 50
Name of Immediate Supervisor: Natalie Trach, Dave Lacknauth
Title of Immediate Supervisor: Pharmacy Director
Supervisor's Phone: - -

Employment Status: Other

Job Duties and Responsibilities:
· Order verification for varied patient population – including elderly, psychiatric, pediatric, and maternity
· Both inpatient and outpatient
· Vancomycin dosing and monitoring
· Antimicrobial stewardship
· Renal dosing, IV to PO
· Consulting with physicians concerning appropriateness of therapy
· Accounting (outpatient)

Reason For Leaving:
N/A - currently employed

Bonus Eligible:
Yes

Eligible for rehire:
Yes

May we contact this employer for a reference?
Not at this time

### 2.

Name of Company:* Morrison's Rx Pharmacy
Street:* 7535 W Oakland Park Blvd
City:* Lauderhill
State:* FL
Zip: 33319
Employer's Phone:* 954 - 578 - 5858

Job Duties and Responsibilities:*
· Verify prescriptions for predominantly older patient population
· Consult with physicians and with insurance companies
· Counsel patients
· Utilize E-FORCSE prescription drug monitoring program to ensure appropriate use of controlled medications
· Transfer prescriptions

Reason For Leaving:*

|  |  |
|---|---|
| Job Title:* Staff Pharmacist | Received hospital position |
| Employed From:* 04 2016 | Bonus Eligible:*<br>Yes |
| Employed To:* 01 2017 |  |
| Starting Salary:* 40 | Eligible for rehire:*<br>Yes |
| Ending Salary:* 40 |  |
| Name of Immediate Supervisor:* Marrilyn Morrison-Padilla | May we contact this employer for a reference?*<br>Yes |
| Title of Immediate Supervisor:* Pharmacy Managere |  |
| Supervisor's Phone: - - |  |
| Employment Status:* Other |  |

3.

| | |
|---|---|
| Name of Company:* Lauderdale Pharmacy | Job Duties and Responsibilities:*<br>· Prescription verification<br>· Medication Therapy Management (MTM)<br>· Counsel patients concerning Rx and OTC medications<br>· Consult with physicians concerning appropriateness of therapy<br>· Utilize E-FORCSE prescription drug monitoring program<br>· Transfer prescriptions<br>· Maintain patient records<br>· Consult with insurance companies concerning co-pay and reimbursement issues<br>· Merchandising and inventory |
| Street:* 4000 N SR 7 | |
| City:* Lauderdale Lakes | |
| State:* FL | |
| Zip: 33319 | |
| Employer's Phone:* 954 - 530 - 7171 | |
| Job Title:* Staff Pharmacist | |
| Employed From:* 01 2016 | |
| Employed To:* 01 2017 | Reason For Leaving:*<br>Received hospital position |
| Starting Salary:* 35 | |
| Ending Salary:* 35 | Bonus Eligible:*<br>Yes |
| Name of Immediate Supervisor:* Olu Olumide | Eligible for rehire:*<br>Yes |
| Title of Immediate Supervisor:* Pharmacy Manager | |
| Supervisor's Phone: - - | May we contact this employer for a reference?*<br>Yes |
| Employment Status:* Part Time | |

**RESUME**

To cut and paste your resume:

1. Highlight the text on the resume you want to copy.
2. Press 'Ctrl C' to copy (Hold down the Ctrl key and press C).
3. Place the cursor in the **RESUME** box below.
4. Press 'Ctrl V' to paste the information.

Resume*
RACQUEL A. ROACHE

EDUCATION
DOCTORATE OF PHARMACY (PHARMD)
Nova Southeastern University | Fort Lauderdale, FL

BACHELOR OF SCIENCE: BIOLOGY
Nova Southeastern University | Fort Lauderdale, FL
· Minor: Business

FLORIDA PHARMACIST LICENSE - PS54171 2015
BLS FOR HEALTHCARE PROVIDERS (AHA) CURRENT
PROFESSIONAL EXPERIENCE

STAFF PHARMACIST January 2017 – Present
Broward General Medical Center | Fort Lauderdale, FL
Broward Health Imperial Point | Fort Lauderdale, FL
· Order verification for varied patient population – including elderly, psychiatric, pediatric, and maternity
· Both inpatient and outpatient
· Vancomycin dosing and monitoring
· Antimicrobial stewardship
· Renal dosing, IV to PO
· Consulting with physicians concerning appropriateness of therapy
· Accounting (outpatient)

STAFF PHARMACIST April 2016 – January 2017
Morrison's Rx Pharmacy | Lauderhill, FL
· Verify prescriptions for predominantly older patient population
· Consult with physicians and with insurance companies
· Counsel patients
· Utilize E-FORCSE prescription drug monitoring program to ensure appropriate use of controlled medications
· Transfer prescriptions

STAFF PHARMACIST January 2016 – January 2017
Lauderdale Pharmacy | Lauderdale Lakes, FL
· Prescription verification
· Medication Therapy Management (MTM)
· Counsel patients concerning Rx and OTC medications
· Consult with physicians concerning appropriateness of therapy
· Utilize E-FORCSE prescription drug monitoring program
· Transfer prescriptions
· Maintain patient records
· Consult with insurance companies concerning co-pay and reimbursement issues
· Merchandising and inventory

PHARMACY ROTATIONS
BROWARD HEALTH | DEERFIELD BEACH, FL
Advanced Hospital – Tina Rodriguez, PharmD March 2015
· TPN medication use evaluation (MUE): determined whether patients fed correctly
· Heparin MUE - determined whether nursing staff correctly followed heparin titration protocol
· Participated in stroke information session - educated stroke patients
· Narcotics inventory

General Clinical – Tina Rodriguez, PharmD December 2014
· Shadowed pharmacists on duty: reviewed patient therapy (including chemotherapy regimen) for appropriateness, performed pharmaceutical interventions as necessary, and inspected the work of supportive personnel.

- MUE: analyzed Daptomycin (Cubicin) use in the hospital and determined if used appropriately
- Aided in checking orders and IVs, chemotherapy orders (appropriate regimen and dosing, whether patient labs i.e. wbcs/neutrophils/platelets are satisfactory), TPN verification, counseled patients
- Proofread protocol for Heparin use in ACS/DVT/PE
- Drug information research: appropriate insulin use in TPN

BROWARD HEALTH | CORAL SPRINGS, FL
Ambulatory Care – Rashel Nimroozi, PharmD, BCPS February 2015
- Aided in operations of Coumadin clinic: counseled patients, scheduled appointments, called patients, called/faxed doctor offices, answered phones, billed patients, documented to patient file and medical record
- Conducted complete review of oral anticoagulants - reviewed literature and made recommendations concerning possible addition to formulary – presented results to pharmacy staff
- TPN management
- Medication reconciliation and discharge counseling

PROFILE
- Medication Therapy Management (MTM)
- Compounding – IVs, topical creams/ointments, capsules, suppositories, oral suspensions, optic/nasal solutions
- Proficient in the use of Cerner Millennium program and RX30 software; familiar with SRS and QS1 software.
- Communication and public speaking
- Vancomycin dosing; antimicrobial stewardship; anticoagulation monitoring
- Experience counseling patients
- Strong interpersonal skills – works well with other personnel and willing to assist

**Cover Letter**
RACQUEL A. ROACHE
Coral Springs, FL 33065 |

Dear Hiring Manager,

Thank you for the opportunity to apply for the Pharmacist role at your company. After reviewing your job description, I am certain that I possess the skills necessary to do the job well and perform above expectations. Since becoming licensed as a pharmacist, I have accrued over 1 year of work experience, and thus have gained valuable professional skills in several areas:

- Verifying prescriptions and consulting with doctors and insurance companies
- Both inpatient and retail experience
- Providing customer service and counseling patients
- Medication Therapy Management (MTM)
- Clinical tasks (i.e. kinetic monitoring, antimicrobial stewardship, and renal dosing adjustments)
- Using various pharmacy software programs
- Organization, multi-tasking
- Working independently or with a team, as needed

I enjoy working with patients, and am often praised by them for being personable and knowledgeable, and also work well with other personnel. I am available to work flexible schedules and holidays.

I have attached my resume for your review. Please contact me if you experience any trouble in viewing it. Thank you for your consideration, and I look forward to hearing from you.

Sincerely,

Racquel Roache, Pharm.D.

REFERENCES

Please complete the information below for three (3) business/work references that are *not* a family member to you and are not previously listed supervisors. Providing this information means you give Boca Raton Regional Hospital permission to contact those individuals listed.

| Name* | Title* | Relationship* | Telephone Number* | Email Address | Years Known* |
|---|---|---|---|---|---|
| Bindu Mathew | Pharmacist | Supervisor | ▇▇▇▇▇▇▇ | | 1 |
| Rashel Nimroozi | Clinical Coordinator | Supervisor | ▇▇▇▇▇▇▇ | -- | 1 |

ADDITIONAL INFORMATION

How did you find out about this position?* Website

Specific Source:* Indeed.com

Please enter "Other" source:

If you were referred by a current employee, please enter their name and department:
Referred Employee Name:

Referred Employee Department:

(The referring employee's name must be listed by the applicant at the time the application is submitted in order to be eligible for a RN referral bonus. For further details regarding eligibility criteria contact Human Resources.)

* No — Is there a criminal charge pending against you? (including DUI/DWI)?

* No — Have you been convicted of (regardless of adjudication), pled guilty, had prosecution deferred, or plead no contest, to a felony or misdemeanor **regardless of date**?
Include convictions for DUI/DWI and driving with a suspended license.
(A conviction does not necessarily disqualify you from employment.)

* Yes — Only U.S. Citizens or aliens who have the legal right to work in the United States are eligible for employment. If you are employed here, can you provide proof of your identity and legal right to work in the United States?

* No — Have you ever been employed by Boca Raton Regional Hospital or BRRH Home Health Service?

* No — Do you have anyone related to you now in the employ of Boca Raton Regional Hospital?

READ AND SIGN

**Read the following carefully before signing.**

The information requested in this application form shall be strictly confidential between the applicant and Boca Raton Regional Hospital.

In consideration of my employment, I agree that my employment and compensation can be terminated at any time by either me or my employer and that my employment is at will. I further understand that no employee or administrator has the authority to enter into any agreement for employment for any specific period of time.

If a contingent offer of employment is made by Boca Raton Regional Hospital, I agree to take any physical examination, urinalysis or blood analysis examinations as required by the employer at any time. I further agree that my refusal to take or failure to pass any such test when requested will justify the hospitals decision not to hire me or may constitute grounds for dismissal.

I hereby agree, if employed, to abide by all hospital rules and regulations, and understand that my employment shall be on an introductory basis for three months. I authorize investigation of all statements and I understand that incorrect or misleading information is cause for immediate dismissal. I also agree that upon termination, regardless of cause, any indebtedness, owing to the hospital, for which I am responsible will be deductible from my terminal pay.

SANCTIONS DISCLOSURE
ALL APPLICANTS MUST DISCLOSE ANY SANCTIONS PENDING OR ADJUDICATED, INCLUDING BUT NOT LIMITED TO THE FOLLOWING:

Sanctions under 42 U.S.C. §1320a-7 Exclusion of Certain Individuals and Entities from Participation in Medicare and State Health Care Programs

(a)(1) Conviction of program-related crimes
(a)(2) Conviction relating to patient abuse
(a)(3) Felony conviction relating to health care fraud
(a)(4) Felony conviction relating to controlled substance
(b)(1) Conviction relating to fraud
(b)(2) Conviction relating to obstruction of an investigation or audit
(b)(3) Misdemeanor conviction relating to controlled substance
(b)(4) License revocation or suspension
(b)(5) Exclusion or suspension under Federal or State health care program
(b)(6) Claims for excessive charges or unnecessary services and failure of certain organizations to furnish medically necessary services
(b)(7) Fraud, kickbacks and other prohibited activities
(b)(8) Entities controlled by a sanctioned individual
(b)(9) Failure to disclose required information
(b)(10) Failure to supply requested information on subcontractors and suppliers
(b)(11) Failure to supply payment information
(b)(12) Failure to grant immediate access
(b)(13) Failure to take corrective action
(b)(14) Default on health education loan or scholarship obligations
(b)(15) Individuals controlling a sanctioned entity
(b)(16) Making false statements or misrepresentation of material facts

An imposition of any civil monetary penalties under 42 U.S.C. §1320a-7a
I58(b) (Formerly 1160) - PRO recommendation

* No    HAVE YOU BEEN SUBJECT OF ANY ADVERSE ACTION(S) BY ANY DULY AUTHORIZED SANCTIONING OR DISCIPLINARY AGENCY FOR EITHER CONDUCT BASED OR PERFORMANCE BASED ACTIONS?

All questions prior to this section must be answered completely. Failure to do so may result in disqualification of the application.

I authorize an investigation of all statements on this application and inserts. I understand that incorrect or misleading information is cause for immediate dismissal.

My typed name below shall have the same force and effect as my written signature.

Applicant's Signature: Racquel Roache

Date: February 14, 2018

https://www.healthcaresource.com/bocaraton/admin/index.cfm?fuseaction=applicant.viewC...   4/5/2018