UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.: 9:23-cv-80994-AMC

RACQUEL ROACHE,

    Plaintiff,

vs.

BAPTIST HEALTH SOUTH FLORIDA, INC.,
a Florida Not For Profit Corporation.

    Defendant.

_____/

**CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant, Baptist Health South Florida, Inc. ("Defendant"), by and through its undersigned counsel, hereby files this Certificate of Interested Persons and Corporate Disclosure Statement.

1. **Interested Parties:** Defendant identifies the following persons, associated persons, firms, partnerships, or corporations that have a financial interest in the outcome of this case:

    A. Racquel Roache (Plaintiff)

    B. Celler Legal, P.A. (Law firm representing Plaintiff, Racquel Roache)

    C. Noah E. Storch, Esq. (Counsel for Plaintiff, Racquel Roache)

    D. Lisa Kuhlman, Esq. (Counsel for Plaintiff, Racquel Roache)

    E. Baptist Health South Florida, Inc. (Defendant)

    F. Akerman LLP (Law firm representing Defendant, Baptist Health South Florida, Inc.)

72381281;1

    G. Arlene K. Kline, Esq. (Counsel for Defendant, Baptist Health South Florida, Inc.)

    H. Paige S. Newman, Esq. (Counsel for Defendant, Baptist Health South Florida, Inc.)

2. **Corporate Disclosure:** Any parent corporation and any publicly held corporation owning 10% or more of Defendant's stock:

None.

Dated: August 30, 2023       Respectfully submitted,

By: */s/ Arlene K. Kline*
Arlene K. Kline (Florida Bar No. 104957)
Paige S. Newman (Florida Bar No. 1010358)
**AKERMAN LLP**
777 South Flagler Drive
Suite 1100 West Tower
West Palm Beach, FL 33401
Telephone: (561) 653-5000
Facsimile: (561) 659-6313
Email: arlene.kline@akerman.com
Email: danielle.putnam@akerman.com
Email: paige.newman@akerman.com
Email: elisa.waites@akerman.com

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 30, 2023, I electronically filed the foregoing with the Clerk of the Court by using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the below Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ *Arlene K. Kline*
Arlene K. Kline (Florida Bar No. 104957)

## SERVICE LIST

Noah Storch, Esq.
E-mail: noah@floridaovertimelawyer.com
Lisa Kuhlman, Esq.
E-mail: lisa@floridaovertimelawyer.com
Richard Celler Legal, P.A.
10368 W. SR 84, Suite 103
Davie, FL 33324
Telephone: (866) 344-9243

*Attorneys for Plaintiff, Racquel Roache*
*(via CM/ECF)*

72381281;1